UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23263-CIV-ALTONAGA/Simonton

**ARRIVALSTAR S.A.**, *et al.*,

    Plaintiffs,
vs.

**SEABOARD SOLUTIONS, INC.**, *et al.*,

    Defendants.
_____/

## ORDER

**THIS CAUSE** came before the Court on a *sua sponte* review of the record. On October 18, 2011, Defendant, Islandwide Air & Ocean, Corp., filed its Motion to Dismiss Pursuant to FRCP 12(b) [ECF No. 8]. Under Local Rule 7.1(c), "each party opposing a motion shall serve an opposing memorandum of law no later than (14) days after service of the motion. Failure to do so may be deemed sufficient cause for granting the motion by default." S.D. FLA. L.R. 7.1(c). To date, Plaintiffs have not filed an opposing memorandum of law, nor have they sought an extension of time to do so. Accordingly, it is

**ORDERED AND ADJUDGED** that the Motion **[ECF No. 8]** is **GRANTED** by default. The claims in Plaintiff's Complaint that are asserted against Defendant, Islandwide Air & Ocean, Corp., are **DISMISSED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 7th day of November, 2011.

                                              _____
                                              **CECILIA M. ALTONAGA**
                                              **UNITED STATES DISTRICT JUDGE**

cc: counsel of record