UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 11-23263-CIV-ALTONAGA/Simonton

**ARRIVALSTAR SA**, *et al.*,

    Plaintiffs,
vs.

**SEABOARD SOLUTIONS, INC.**, *et al.*,

    Defendants.
_____/

## ORDER OF DISMISSAL

**THIS CAUSE** came before the Court *sua sponte*. On October 4, 2011, the Court entered an Order requiring Plaintiffs to file proof of service on the Defendants on or before January 7, 2012 [ECF No. 6], and stating that failure to file proof of service would result in a dismissal without prejudice without further notice as to this action. Plaintiffs have failed to comply with the Order, have not sought an extension of time within which to do so, and have not advised that a dismissal as to this case will result in a statute of limitations bar to re-filing. Accordingly, it is

**ORDERED AND ADJUDGED** that this action is dismissed without prejudice. The Clerk is instructed to mark this case closed.

**DONE AND ORDERED** in Chambers at Miami, Florida this 10th day of January, 2012.

                          _____
                          **CECILIA M. ALTONAGA**
                          **UNITED STATES DISTRICT COURT**

cc:    counsel of record