

Atabex
Translation Specialists, Inc.

P.O. Box 195044, San Juan, Puerto Rico 00919-5044
(787) 756-6763  Fax: (787)753-3619

October 13, 2011

Patricia Ramirez Gelpi
Attorney at Law

**I N V O I C E**

**Núm. 17252(ML)**

For professional translation services of the following documents:

- **Crowley Buys Islandwide**
- **LETTER TO Lic. JASON P DOLLARD FROM LIC. NATALIA ALEXA COLON**

Traducción tarifa urgencia (21.5)............ …………………………………………………..$196.20

**TOTAL AMOUNT................................................. $196.20**

*THANK YOU FOR REQUESTING THE SERVICES OF ATABEX*